1

2                        UNITED STATES DISTRICT COURT

3                       NORTHERN DISTRICT OF CALIFORNIA

4
    Harrison,                      )          No. C4:04-cv-04898 SBA
5                   Plaintiff,     )
                                   )          ORDER DISMISSING ACTION
6        vs.                       )
                                   )
7    Liberty Life Assurance        )
    Company of Boston,             )
8                                  )
                    Defendant.     )
9                                  )
    _____

10

11          The Court having been notified of the settlement of

12   this action, and it appearing that no issue remains for the

13   Court's determination,

14          IT IS HEREBY ORDERED THAT this action and all claims

15   asserted herein are DISMISSED with prejudice.  In the event that

16   the settlement is not reached, any party may move to reopen the

17   case and the trial will be rescheduled, provided that such motion

18   is filed within 30 days of this order.  All scheduled dates,

19   including the trial and pretrial dates, are VACATED.

20          IT IS SO ORDERED.

21   DATED: 4/28/05

22                       s/Saundra Brown Armstrong
                         SAUNDRA BROWN ARMSTRONG
23                      United States District Judge

24

25

26

27

28